FILED
CLERK, U.S. DISTRICT COURT

JUL 26 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | 19 CR No. 00429-MWF |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1344(2): Bank Fraud; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft] |
| STEVIE RENE DAVIS, | |
| Defendant. | |

The Grand Jury charges:

COUNTS ONE THROUGH SEVEN

[18 U.S.C. § 1344(2)]

A.  INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1. JPMorgan Chase Bank, National Association ("Chase Bank") was a financial institution insured by the Federal Deposit Insurance Corporation.

2. Defendant STEVIE RENE DAVIS was the sole owner of Chase Bank checking account ending in 1259.

B.  SCHEME TO DEFRAUD

3.  Beginning on an unknown date, but no later than on or about September 22, 2016, and continuing through at least on or about February 2, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant DAVIS, together with others known and unknown to the Grand Jury, knowingly and with the intent to defraud, executed a scheme to obtain moneys, funds, credits, assets, and other property owned by and in the custody and control of Chase Bank by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

4.  The fraudulent scheme operated, in substance, in the following manner:

   a.  Defendant DAVIS would obtain stolen United States Treasury tax refund checks that had been issued to various payees.

   b.  Defendant DAVIS would endorse the stolen checks with his signature.  The checks were also endorsed with forged signatures of the respective payees.

   c.  Defendant DAVIS would deposit the stolen checks with the payees' forged signatures into his Chase Bank checking account ending in 1259 without the payees' permission or knowledge.  In doing so, defendant DAVIS falsely represented to Chase Bank that the payees had authorized him to deposit the checks into his account, and concealed from Chase Bank that he was not in fact an authorized payee of those checks.

   d.  Defendant DAVIS would then withdraw money from his Chase Bank checking account ending in 1259.

   e.  In total, defendant DAVIS deposited approximately 54 stolen United States Treasury tax refund checks amounting to

approximately $161,015.88 into his Chase Bank checking account ending in 1259.

C.  EXECUTION OF THE FRAUDULENT SCHEME

5.  On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, defendant DAVIS committed the following acts, each of which constituted an execution of the fraudulent scheme:

| COUNT | DATE | ACT |
|---|---|---|
| ONE | 9/29/16 | Deposited a stolen and falsely endorsed United States Treasury check bearing serial number 80977451, and made payable to J.E., at a Chase Bank branch in Palmdale, California. |
| TWO | 12/5/16 | Deposited a stolen and falsely endorsed United States Treasury check bearing serial number 89774846, and made payable to J.H., at a Chase Bank branch in Palmdale, California. |
| THREE | 12/13/16 | Deposited a stolen and falsely endorsed United States Treasury check bearing serial number 96860764, and made payable to N.B., at a Chase Bank branch in Palmdale, California. |
| FOUR | 12/16/16 | Deposited a stolen and falsely endorsed United States Treasury check bearing serial number 81285659, and made payable to J.C., at a Chase Bank branch in Palmdale, California. |
| FIVE | 1/17/17 | Deposited a stolen and falsely endorsed United States Treasury check bearing serial number 68349614, and made payable to V.V., at a Chase Bank branch in Palmdale, California. |
| SIX | 1/23/17 | Deposited a stolen and falsely endorsed United States Treasury check bearing serial number 68675547, and made payable to G.P., at a Chase Bank branch in Palmdale, California. |
| SEVEN | 2/2/17 | Deposited a stolen and falsely endorsed United States Treasury check bearing serial number 70988456, and made payable to H.V., at a Chase Bank branch in Palmdale, California. |

COUNT EIGHT

[18 U.S.C. § 1028A(a)(1)]

On or about September 29, 2016, in Los Angeles County, within the Central District of California, defendant STEVIE RENE DAVIS knowingly possessed and used, without lawful authority, means of identification that defendant DAVIS knew belonged to another person, namely, the name and signature of victim J.E., during and in relation to the offense of Bank Fraud, a felony violation of Title 18, United States Code, Section 1344(2), as charged in Count One of this Indictment.

## COUNT NINE

[18 U.S.C. § 1028A(a)(1)]

On or about January 23, 2017, in Los Angeles County, within the Central District of California, defendant STEVIE RENE DAVIS knowingly possessed and used, without lawful authority, means of identification that defendant DAVIS knew belonged to another person, namely, the name and signature of victim G.P., during and in relation to the offense of Bank Fraud, a felony violation of Title 18, United States Code, Section 1344(2), as charged in Count Six of this Indictment.

A TRUE BILL

/S/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

[signature]

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

CAROLYN S. SMALL
Assistant United States Attorney
General Crimes Section

5